SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 MAY 22 PM 4:22

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:13CR 208 |
| Plaintiff, | |
| CAREY DEAN PHILLIPS, Jr., | INDICTMENT |
| Defendant. | 18 U.S.C. § 1153<br>18 U.S.C. § 2242(2) |

The Grand Jury Charges:

## COUNT I

On or about January 15, 2013, in the District of Nebraska, on and within the Winnebago Indian Reservation in Indian Country, CAREY DEAN PHILLIPS, Jr., an Indian male, knowingly caused and attempted to cause A.V. to engage in a sexual act to wit, contact between the penis and the vulva, with A.V., who was, as the defendant knew, at that time incapable of appraising the nature of the conduct and physically incapable of communicating unwillingness to engage in the aforementioned sexual act, in violation of Title 18, United States Code, Section 2242(2).

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
JILL A. FINKEN
Special Assistant U.S. Attorney